```
         IN THE UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    BECKLEY DIVISION
```

UNITED STATES OF AMERICA

v.                          Criminal Case No.:  5:05-00013

RICKY CAMPBELL

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's "motion for reconsideration pursuant to relief under Rule 60(b)." (Doc. # 141).  For the reasons expressed in the court's Memorandum Opinion and Order of August 31, 2007, that motion is DENIED.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record and to defendant.

It is SO ORDERED this 27th day of December, 2007.

                              Enter:


                              _____
                              David A. Faber
                              United States District Judge